In the Matter of the Claim of George Moore, Respondent, against Montrose Contracting Company, Inc., and Another, Appellants. State Industrial Board, Respondent.*— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes and Heffernan, JJ., concur; McNamee and Crapser, JJ., dissent, and vote for reversal on the ground that there is no competent evidence in the record that the claimant sustained eighty per cent loss of vision of the left eye.

In the Matter of the Claim of Angela Spotti, Respondent, against Charles Zecca, Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Filomena Cascio, Respondent, against P. Tomasetti Contracting Corporation and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Anne T. Carstarphen, Respondent, against American Female Guardian Society and Home for the Friendless and Another, Appellants. State Industrial Board, Respondent.— Claimant received her injuries on January 17, 1929; claim for compensation was filed within two years thereafter. The unanimous vote of the State Industrial Board on April 1, 1931, permitting the filing of the claim, brings the case within the purview of section 28 of the Workmen's Compensation Law. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Nicholas Rigas, Respondent, against 122 East Fortieth Street Corporation and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of William Howells, Appellant, against Estate of Frank E. Johnson and Another, Respondents. State Industrial Board, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of Mary Quiter and Others, Respondents, against William W. Kincaid and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of Alfred Gladman, Respondent, against The Niagara Wall Paper Company, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.